# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Leidos, Inc., f/k/a Science Applications ) ASBCA No. 59076
  International Corporation )
)
Under Contract No. W9113M-08-D-0004 )

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
    Melissa L. Farrar, Esq.
      Gibson, Dunn & Crutcher LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
      DCMA Chief Trial Attorney
    Robert L. Duecaster, Esq.
      Trial Attorney
      Defense Contract Management Agency
      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 September 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59076, Appeal of Leidos, Inc., f/k/a Science Applications International Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals